1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10   United States of America,

                                  Plaintiff,              Case No.:  16cr0701-DMS

11

12   v.                                                   **ORDER AUTHORIZING
                                                          VIDEO TELECONFERENCE or
13   Kassandra Brigette Diaz,                             TELECONFERENCE**

14                                 Defendant.

15

16          A national state of emergency has been declared in response to the spread of the

17   Coronavirus. For everyone's health and safety, the general population of California is

18   under a gubernatorial order to "shelter-in-place." The detention facilities have imposed

19   quarantines or restrictions on access to detainees for the health of the detainees and staff.

20   The Judicial Conference of the United States found that conditions due to the national

21   emergency are materially affecting the functioning of the federal courts, and the Judicial

22   Council of the Ninth Circuit certified that emergency conditions existing in the Southern

23   District of California justify the temporary suspension of the 70-day period to bring the

24   defendant to trial. Public health recommendations and restrictions have impacted the

25   Court's ability to function as it usually does, to conduct in-person proceedings, and has

26   impaired the availability of counsel, parties, and Court staff to be present in the courtroom.

27   //

28

                                                  1

1        I therefore find pursuant to the CARES Act that the use of videoconferencing and

2    teleconferencing to conduct these court proceedings, with the consent of the defendant, is

3    in the interest of justice in that such procedure will prevent the defendant from remaining

4    incarcerated longer than is necessary and will satisfy the objectives of sentencing under

5    the U.S. Sentencing Guidelines and 18 U.S.C. § 3553.

6

7    Dated:  January 13, 2021

8    _____

    Honorable Dana M. Sabraw

9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28